IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

TIONNA MONCRIEF,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

No. C08-0075

RULING ON MOTION TO REMAND

This matter comes before the Court on the Motion to Remand (docket number 6) filed by the Commissioner of Social Security ("Commissioner") on October 3, 2008. Prior to the Commissioner filing his answer, the Appeals Council of the Social Security Administration determined that it was necessary to request remand in this case because the administrative record is incomplete. Apparently, the Commissioner is unable to locate the recording(s) of the administrative hearing conducted in this matter on February 20, 2003. According to the Commissioner, upon remand, the Appeals Council will remand the case for de novo hearing and decision. Thus, the Commissioner requests that his matter be remanded pursuant to sentence six of 42 U.S.C. § 405(g). Plaintiff Tionna Moncrief filed a Response to Commissioner's Motion to Remand (docket number 7) on October 3, 2008. In her response, Moncrief states that she "does not resist the Commissioner's motion to remand."[1]

Sentence six of 42 U.S.C.§ 405(g) provides:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner

---

[1] See Moncrief's Response at 1.

1

files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security, and it may at any time order additional evidence to be taken before the Commissioner of Social Security, but only upon a showing that there is new evidence which is material and there is good cause for the failure to incorporate such evidence into the record in a prior proceeding; and the Commissioner of Social Security shall, after the case is remanded, and after hearing such additional evidence if so ordered, modify or affirm the Commissioner's findings of fact or the Commissioner's decision, or both, and shall file with the court any such additional and modified findings of fact and decision, and, in any case in which the Commissioner has not made a decision fully favorable to the individual, a transcript of the additional record and testimony upon which the Commissioner's action in modifying or affirming was based.

42 U.S.C. § 405(g). The Court finds that good cause has been shown for remand under sentence six of 42 U.S.C.§ 405(g). Accordingly, the Court determines that this matter should be remanded pursuant to sentence six of 42 U.S.C. § 405(g).

## ORDER

For the foregoing reasons, it is hereby **ORDERED**:

This matter is **REMANDED** to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g) for de novo hearing and decision.

DATED this 6th day of October, 2008.

_____
JON STUART SCOLES
United States Magistrate Judge
NORTHERN DISTRICT OF IOWA